**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 22-6838**

―――――――――――

TRACEY TERRELL GRADY,

Plaintiff - Appellant,

v.

BOITNOT, Sergeant; KENNEDY, Officer; KIKER, Officer; STONE, Officer,

Defendants - Appellees.

―――――――――――

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Martin K. Reidinger, Chief District Judge.  (3:22-cv-00135-MR)

―――――――――――

Submitted:  December 15, 2022                    Decided:  December 20, 2022

―――――――――――

Before GREGORY, Chief Judge, and WILKINSON and DIAZ, Circuit Judges.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Tracey Terrell Grady, Appellant Pro Se.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tracey Terrell Grady, a North Carolina inmate, appeals the district court's order sua sponte revoking Grady's authorization to proceed in forma pauperis (IFP).* Upon review, we discern no abuse of discretion in the district court's order. *See Blakely v. Wards*, 738 F.3d 607, 612 (4th Cir. 2013) (en banc) (observing this court's agreement with the principle that lower courts have the "authority to deny IFP status to a prisoner who has abused the privilege" of proceeding IFP (internal quotation marks omitted)). Accordingly, we affirm the appealed-from order for the reasons stated by the district court. *Grady v. Boitnot*, No. 3:22-cv-00135-MR (W.D.N.C. July 5, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

* We have jurisdiction over this order because an order denying "a motion to proceed in forma pauperis is an appealable [interlocutory] order." *Roberts v. U.S. Dist. Ct.*, 339 U.S. 844, 845 (1950) (per curiam).